UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBERT EVANS, | : |
| | : |
| Plaintiff, | : |
| | : No. 3:05CV899 (MRK) |
| v. | : |
| | : |
| CITY OF BRIDGEPORT, | : |
| CAPTAIN WILLIAM CHAPMAN and | : |
| FORMER CHIEF WILBUR CHAPMAN, | : |
| | : |
| Defendants. | : |

## **RULING AND ORDER**

As explained more fully in its oral ruling on the record on March 30, 2007, the Court DISMISSES the City of Bridgeport from this action on the basis of Plaintiff's Counsel's withdrawal of Count Five of the Amended Complaint [doc # 45], which alleged negligence against the City of Bridgeport. The Court further GRANTS IN PART and DENIES IN PART Defendants' Motion for Summary Judgment [doc. # 56] as follows. Defendants' Motion for Summary Judgment is GRANTED as to Plaintiff's claim that Defendants retaliated against him on account of his grievance. Defendants' Motion for Summary Judgment is DENIED as to Plaintiff's claim that Defendants retaliated against him for exercising his First Amendment right in complaining about Chief Chapman's alleged violation of the Barros Decree to Deputy Chief Mangano and Lt. Perez, and to Mayor Fabrizi in April and May of 2003. Since the Court has not dismissed Lt. Evans's federal claims, the Court continues to exercise supplemental jurisdiction over Lt. Evans's state law claims.

IT IS SO ORDERED,


/s/  Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: March 30, 2007.**